**Order entered June 2, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00884-CR
No. 05-15-00885-CR
No. 05-15-00918-CR

**PARIS DEFRANCE MICHAEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-70663-R, F14-70722-R & F15-00261-R**

## NUNC PRO TUNC ORDER

The State's May 27, 2016 second motion for extension of time to file a brief is

**GRANTED**, and the brief received on May 27, 2016 is **ORDERED** filed as of that date.

/s/     MOLLY FRANCIS
          PRESIDING JUSTICE